RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 27 2015

JAMES N. HATTEN, Clerk
By: J. Branam, Deputy Clerk

MARTIN MONTANEZ RINCON
AKA: JORGE ANTONIO TORRES
A# 98945108 (E-1B16)
10400 RANCHO RD.
ADELANTO CA, ~~92307~~ 92301

U.S.D.C
NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURT HOUSE
75 SPRING STREET, SW
ATLANTA GEORGIA 30303-3361

Clerk of court:

Thank you for writing. I recieved your correspondence on 01/20/15. I think the reason that my mail has gotten here late, it's because I am on a different dorm. But, I have always recieved my mail here. But what I am seen is that, these institution made a mistake by returning the mail dated September, 18. 2014. Unfortunatly we are not allowed to keep the envelopes, so we are unable to check the dates that the mail gets here on prosser. That's why I am writing back on these date 01/20/15


Also I want to let you know that I've been in custody on these institution since, 04/24/14 up to these date.

I swear (or affirm) under penalty of perjury and pursuant to 28 U.S.C 1746 that the statements contained herein are true and correct to the best of my knowledge and belief.

_____          1-20-2015
SIGNATURE                        TODAY'S DATE