IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JORGE ANTONIO TORRES a/k/a<br>MARTIN MONTANEZ RINCON,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action File No.<br>)  1:12-CV-3844-WSD-JSA<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

COME NOW Plaintiff Jorge Antonio Torres a/k/a Martin Montanez Rincon and Defendant Wal-Mart Stores Inc. and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the dismissal of Plaintiffs' Complaint in the above-styled action in its entirety.

Respectfully submitted, this 20th day of ~~December~~ April, 2014.

                                              *Martin Montanez Rincon a/k/a Jorge A. Torres*
                                              Jorge Antonio Torres a/k/a
                                              Martin Montanez Rincon
                                              Plaintiff (Pro-Se)

*[signatures continued on following page]*

**DREW, ECKL & FARNHAM, LLP**

*/s/ Michael L. Miller*
Michael L. Miller
Georgia Bar No. 508011
Leslie P. Becknell
Georgia Bar No. 046320

880 W. Peachtree Street
Atlanta, GA 30309
404-885-1400
MMiller@deflaw.com
LBecknell@deflaw.com

5532057/1
05695-077878